The People of the State of Illinois, defendant in error, v. Joseph Skorczewski, plaintiff in error.   (Two cases.)

Conviction of unlawfully manufacturing intoxicating liquor.   Error to the County Court of Perry county; the Hon. J. G. Van Keuren, Judge, presiding.   Heard in this court at the October term, 1923. Affirmed.   Opinion filed July 7, 1924.

Cook & Harriss, for plaintiff in error; L. A. Cranston, of counsel.

J. E. Harris, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Skorczewski, plaintiff in error.

Conviction of unlawfully possessing intoxicating liquor.   Error to the County Court of Perry county; the Hon. J. G. Van Keuren, Judge, presiding.   Heard in this court at the October term, 1923. Affirmed.   Opinion filed July 7, 1924.

Cook & Harriss, for plaintiff in error; L. A. Cranston, of counsel.

J. E. Harris, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Jake Ingram and Harvey Ingram, plaintiffs in error.

Conviction of unlawfully selling intoxicating liquor, and of unlawfully possessing intoxicating liquor and still.   Error to the County Court of Saline county; the Hon. A. G. Abney, Judge, presiding. Heard in this court at the March term, 1924.   Reversed and remanded.   Opinion filed July 7, 1924.

Fowler & Rumsey, for plaintiffs in error.   Charles H. Thompson, State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

W. F. Loyd, plaintiff in error, v. Charles W. Robertson, defendant in error.

Action upon promissory note given in payment for automobile. Judgment for defendant.   Error to the Circuit Court of Clay county; the Hon. Jett and Wright, Judges, presiding.   Heard in this court at the March term, 1924.   Affirmed.   Opinion filed July 7, 1924.

F. M. Guinn and A. N. Tolliver, for plaintiff in error.   Jas. H. Smith, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Earl Leo and Mae Colvin, plaintiffs in error.

Prosecution for violation of liquor law.   Defendants convicted. Error to the County Court of Effingham county; the Hon. Barney Overbeck, Judge, presiding.   Heard in this court at the March term, 1924.   Affirmed in part and reversed and remanded in part.   Opinion filed July 7, 1924.   Rehearing denied September 26, 1924.

Jacob Zimmerman and John N. Zimmerman, for plaintiffs in error.   Edward J. Brundage, Attorney General, and Paul Taylor, State's Attorney, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.